UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JESSIE DANIELS                                    CIVIL ACTION NO. 6:10-CV-01925

VERSUS                                            MAGISTRATE JUDGE HANNA

AXXIS DRILLING INC.                               BY CONSENT OF THE PARTIES


## ORDER OF DISMISSAL


This Court having been advised by the parties that this matter has settled, and the terms and conditions of the settlement having been recited on the record on March 11, 2013,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint motion to dismiss with prejudice within sixty days of entry of this order.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 11th day of March 2013.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE